IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 03-H-540-S |
| ) | |
| JOE JOHNSON, JR., COI, ) | |
| ) | |
| Defendant. ) | |

**FILED**
03 MAY 12 PH 1:31
N.D. OF DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**
MAY 1 2 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 11, 2003, recommending that plaintiff's Fourteenth Amendment excessive force claim against defendant Joe Johnson, Jr., be dismissed. It was further recommended that plaintiff's requests for a temporary restraining order, an order mandating that the Department of Corrections terminate defendant Johnson's employment, and for appointed counsel be denied. Finally, the magistrate judge recommended that plaintiff's Eighth Amendment excessive force claim against defendant Joe Johnson, Jr., be referred to the magistrate judge for further proceedings. No objections to the report and recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. Therefore, the plaintiff's Fourteenth Amendment excessive force claim against defendant Joe Johnson, Jr., is due to be DISMISSED pursuant to 28 U.S.C. §1915A(b). Moreover, plaintiff's requests for a temporary restraining order, a court order mandating that the Department of Corrections terminate defendant Johnson's employment, and for appointed counsel are due to be

10

DENIED. Finally, the plaintiff's Eighth Amendment excessive force claim against defendant Joe Johnson, Jr., is due to be REFERRED to magistrate judge Paul W. Greene for further proceedings.

An appropriate order will be entered.

DONE this 12th day of MAY, 2003.

James W. Hancock
JAMES H. HANCOCK
SENIOR JUDGE

2

United States District Court
Northern District of Alabama
May 12, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  2:03-cv-00540

True and correct copies of the attached were faxed or mailed by the clerk to the following:

Melvin James
BIBBCF
Bibb Correctional Facility
#170563
565 Bibb Lane
Brent, AL  35034-4040

Officer Joe Johnson
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL 35034-4040

Andrew W. Redd, Esq.
General Counsel
AL Dept of Corrections
101 South Union Street
Montgomery, AL 36130